

# Cologne District Court

Cologne District Court, 50922 Köln

Service building:

Luxemburger Straße 101
50939 Köln
Phone: (0221) 477 - 0 (Main)
Fax: (0221) 4 77 - 3333

Kenneth W. Donnelly, Attorney
Securities and Exchange Commission (SEC)
100 F Street, NE
Washington, DC 20549
U.S.A.

| Reference number:<br>(Please indicate with all correspondence) | Date and reference no. of your correspondence | Phone, name | Date |
|---|---|---|---|
| **370 AR 211/20** | | **(0221) 477-1787** | **16 March 2020** |

Request for service dated **February 4, 2020,  19-cv-08334**

Attachments

1 set of pages

To Whom It May Concern,

The request and the delivery certificate have been completed and are enclosed.

Sincerely yours,

(Stimpel)            [Signature]

Judicial Officer

[Stamp: Cologne District Court 833 Cologne]

[TN: Source page 2 is bilingual]

370 AR 211/20

# ZUSTELLUNGSZEUGNIS
## ATTESTATION / CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.

**1. daß der Antrag erledigt worden ist *)**
that the document has been served *) / que la demande a été exécutée *)

am (Datum): **16.03.2020**
the (date): / - le (date):

in (Ort, Straße, Nummer): **50668 Köln, Ebertplatz 15**
at/place, street, number): / - á /localité, rue, numero):

in einer der folgenden Formen nach Artikel 5:
in one of the following methods authorised by article 5: / - dans une des formes suivantes prévues à l'article 5:

**a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).**
In accordance with the provisions of sub paragraph a) of the first paragraph of article 5 of the Convention *). / selon les formes légales (article 5, alinéa premier, lettre a) *).

~~b) in der folgenden besonderen Form *):~~
~~in accordance with the follwing particular method *): / selon la forme particulière suivante *):~~

~~c) durch einfache Übergabe *).~~
~~by delivery to the addressee, who accepted it voluntarily *). / par remise simple *).~~

Die in dem Antrag erwähnten Schriftstücke - ~~sind übergeben worden an/~~ - sind niedergelegt worden für:
The documents referred to in the request - ~~have been delivered to/~~ - were laid down for:
Les documents mentionnés dans la demande - ~~ont été remis à/~~ - ont été fixés pour:
-(Name und Stellung der Person): - identity and description of person): / - (identité et qualité de la personne):

**Gil Beserglik**

~~-Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:~~
~~-relationship to the addressee, (family, business or other): / - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:~~

~~2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
~~that the document has not been served, by reason of the following facts*): / que la demande n'a pas été exécutée, en raison des faits suivants *):~~

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément á l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes / Annexes
Zurückgesandte Schriftstücke:
Documents returned: / Pièces renvoyées:

Antrag, Doppel der zugestellten Schriftstücke

Gegebenenfalls Erledigungsstücke:
In appropriate case, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Ausgefertigt in
Done at / Fait á  **D-50922 Köln**

am **16.03.2020**
The / le

Unterschrift und/oder Stempel.
Signature and/or Stamp.
Signature et/ou cachet.

**Stimpel**
**Rechtspfleger**

[Stamp: AMTSGERICHT 833]