KENNETH W. DONNELLY (admitted *pro hac vice*)
Email: donnellyk@sec.gov
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4946
Facsimile: (202) 772-9282

LOCAL COUNSEL:
AMY J. LONGO (Cal Bar No. 198304)
Email: longoa@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

KAI CHRISTIAN PETERSEN; GIL BESERGLIK; and RAZ BESERGLIK,

Defendants,

SHRAGA HOLDINGS, LTD. and LEMBEX GLOBAL INVESTMENTS, LTD.,

Relief Defendants

Case No. 2:19-cv-08334-JWH-RAO

Hon. John William Holcomb

**DECLARATION OF KENNETH W. DONNELLY IN SUPPORT OF REQUEST FOR ISSUANCE OF A LETTER ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE**

I, Kenneth W. Donnelly, hereby declare pursuant to 28 U.S.C. § 1746:

1. I represent Plaintiff, the Securities and Exchange Commission (“SEC”), in this action, and have knowledge of the facts below.

2. The SEC filed its Complaint on September 26, 2019 against, among others, Defendants Gil Beserglik and Kai Christian Petersen, both of whom are alleged to be residents of Germany.

3. Germany is a party to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"), which permits a participating country to execute service by a method prescribed by its internal law for the service of documents in domestic actions. *See* Hague Convention, Art. 5, subpar. (a).

4. On or about February 5, 2020, pursuant to the Hague Convention, the SEC sent requests that the German Central Authority serve Messrs. Petersen and Beserglik with the summons and Complaint in this matter.

5. As set forth in my prior Declaration, filed at Docket No. 26-1, the Cologne District Court, the local office for the German Central Authority in the region where Mr. Beserglik resides, obtained service upon Mr. Beserglik.

6. The President of the Higher Regional Court of Dusseldorf, the region where Mr. Petersen is believed to reside, rejected the SEC's request, asserting that this suit is not "civil or commercial" and thus not governed by the Hague Convention.

7. True and correct copies of the SEC's letter in requesting service of Mr. Petersen (without attachments), the response from the President of the Higher Regional Court of Dusseldorf, which is in German, and a certified translation of the President's response, are attached hereto.

Executed on October 1, 2020 at Washington, D.C.

/s/ *Kenneth W. Donnelly*
KENNETH W. DONNELLY



OFFICE OF
INTERNATIONAL
AFFAIRS

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E
WASHINGTON, DC 20549-1004

TELEPHONE: (202) 551-4526
TELECOPIER: (202) 772-9280

February 5, 2020

**VIA OVERNIGHT MAIL**

Die Präsidentin des Oberlandesgerichts Düsseldorf
Cecilienallee 3
40474 Düsseldorf

**Re:** ***SEC v. Kai Christian Petersen; Gil Beserglik, and Raz Beserglik, Defendants, and Shraga Holdings, Ltd. and Lembex Global Investments, Ltd., Relief Defendants,*** **Case No. 2:19-cv-08334-CJC-RAO; OIA Ref: 2016-01280-095**

Dear Sir or Madam:

In accordance with the Hague Service Convention for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial matters, we request that your office, as the Central Authority for Nordrhein-Westfalen, Germany, effect service of process of the enclosed documents as soon as possible on **KAI PETERSEN**. Please note that we request service in accordance with the provisions of sub-paragraph (a) of Article 5 of the Convention, by a method prescribed by the internal law of Germany for the service of documents in domestic actions upon persons within its territory. Should the defendant not accept service voluntarily, we trust that the Die Präsidentin des Oberlandesgerichts Düsseldorf will ensure service in accordance with Article 5(a).

Enclosed please find the following documents in connection with the above-referenced case: (1) form USM-94, Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents (one original in English, one copy in English); (2) Summons (two copies in English and two copies in German); (3) Complaint (two copies in English and two copies in German).

**The documents are provided for the defendant, Kai Petersen, Mörsenbroicher Weg, 171, Düsseldorf, Germany, 40470.**

Please return the Form USM-94 Certificate of Service to Mr. Kenneth W. Donnelly, Securities and Exchange Commission, 100 F Street NE, Washington, DC 20549, USA.

If you need any additional information, please feel free to contact me by telephone at 202-551-4526 or by e-mail at GreinerM@sec.gov. Thank you for your assistance in this matter.

Sincerely,

Matthew B Greiner | mbm

Matthew B. Greiner
Assistant Director

Enclosures as noted

cc: Kenneth W. Donnelly, SEC Attorney

**Der Präsident des Oberlandesgerichts**



Oberlandesgericht Düsseldorf, 40402 Düsseldorf

Kenneth W. Donnelly, Attorney
Securities and Eychenge Commission (SEC)
100 F Street, NE
Washington, DC 20549
**U.S.A.**

20.03.2020
Seite 1 von 2

Aktenzeichen
**934 E1 - 11.81 /20**
bei Antwort bitte angeben

Bearbeiterin:
Frau Zühlsdorff

Durchwahl
0211 4971-152

Sprechzeiten:
Mo - Fr: 8.30 - 12.30 Uhr
Mi zusätzl.: 13.00 - 15.00 Uhr

**Rechtshilfeverkehr in Zivilsachen nach dem Haager Übereinkommen vom 18.03.1970 über die Beweisaufnahme im Ausland in Zivil- oder Handelssachen**

Ihre Zustellungsersuchen vom 04.02.2020

Ein Exemplar des Ersuchens sowie die diesem beigefügten Unterlagen sende ich anliegend unerledigt zurück, da das vorgenannte Übereinkommen in der Sache keine Anwendung findet. Das Verfahren in den USA, für das die Rechtshilfe beantragt wird, ist -bei vertragsautonomer Auslegung des HBÜ- nicht als Zivil- oder Handelssache im Sinne des zu bewerten.

Ob ein Rechtsstreit zivil- oder handelsrechtlicher Natur ist, ist nach inzwischen herrschender Auffassung in Literatur und Rechtsprechung vertragsautonom auszulegen und anhand zweier Kriterien zu beurteilen (vgl. Urteil des Europäischen Gerichtshofs Rs. C-29/76, LTU/Eurocontrol, Slg. 1976, 1541):

- Gegenstand des Rechtsstreits und
- Natur der zwischen den Parteien bestehenden Beziehungen.

Maßgeblich ist alleine der Streitgegenstand und nicht die organisatorische Zugehörigkeit des befassten Gerichts.

Dienstgebäude mit Nachtbriefkasten und Lieferanschrift:
Cecilienallee 3
40474 Düsseldorf
Telefon 0211 4971-0
Telefax 0211 4971-548
verwaltung@olg-duesseldorf.nrw.de
www.olg-duesseldorf.nrw.de

Öffentliche Verkehrsmittel:
ab Hbf. mit Linien U 78 oder U 79 bis Haltestelle Victoriaplatz/Klever Straße

**Der Präsident des**
**Oberlandesgerichts**





Zwar ist die Zuständigkeit zur Verhandlung entsprechender Klagen nach dem US-Wertpapiergesetz den Zivilgerichten zugeordnet, das Handeln der SEC ist jedoch als „acta iure imperii" einzuordnen. Bei der Beteiligung einer Behörde an einem Rechtsstreit handelt es sich nach herrschender Meinung nicht um eine Zivil- oder Handelssache, wenn die Behörde den Rechtsstreit im Zusammenhang mit der Ausübung ihrer hoheitlichen Aufgaben führt. Die ersuchte Rechtshilfe kann daher nach den Regeln des vorgenannten Übereinkommens nicht gewährt werden.

Im Auftrag
Zühlsdorff

- maschinell erstellt, ohne Unterschrift gültig -

**The President of the**

**Higher Regional Court**



Higher Regional Court Düsseldorf, 40402 Düsseldorf
Kenneth W. Donnelly, Attorney
Securities and Exchange Commission (SEC)
100 F Street, NE
Washington, DC 20549
U.S.A.

20 March 2020

Page 1 of 2

Reference number
**934 E1 - 11.81 /20**
Please indicate with reply

Processor:
Ms. Zühlsdorff

Phone (direct line)
0211 4971-152

Office hours:
Mon - Fri: 8:30 - 12:30
Wed also 13:00 - 15:00

**Mutual legal assistance in civil cases according to the Hague Convention of 18 March 1970 on the taking of evidence abroad in civil or commercial matters**

Your request for notification of 4 February 2020

I return uncompleted a copy of the request as well as the documents attached to it, since the above-mentioned Convention does not apply in this case. The procedure in the United States for which judicial assistance is being sought is – according to independent interpretation of the Hague Evidence Convention –not to be considered a civil or commercial matter in the sense of the Convention.

Whether a legal dispute is of a civil or commercial nature is, according to currently prevailing opinion in legal literature and case law, to be interpreted independently and to be assessed based on two criteria (cf. Decision of the European Court case no. C-29/76, LTU v Eurocontrol [1976], 1541):

- Subject matter of the lawsuit and
- Nature of the relationship existing between the parties.

Only the matter in dispute is relevant and not the organizational affiliation of the court involved.

Service building with overnight mailbox and delivery address:
Cecilienallee 3
40474 Düsseldorf
Phone 0211 4971-0
Fax 0211 4971-548
verwaltung@olg-duesseldorf.nrw.de
www.olg-duesseldorf.nrw.de

Public transportation:
From central train station with Line U 78 or U 79 to stop Victoriaplatz/Klever Straße

**The President of the**
**Higher Regional Court**





While the responsibility for the legal actions corresponding to the proceedings is assigned to the civil court according to the US Securities Act, the actions of the SEC are, however, to be classified as "acta iure imperii." With the involvement of a government agency in a lawsuit, according to prevailing opinion, it is not a civil or commercial dispute if the authority directs the lawsuit in the exercise of its statutory duties. The requested legal assistance can therefore not be granted according to the rules of the above-mentioned Convention.

On behalf of the court
Zühlsdorff

- computer generated, valid without signature -