# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ 1. that the document has been served*
   *que la demande a été exécutée**

| – the (date) / le (date): | Friday, 29th November, 2019 at 11:38 a.m. |
|---|---|
| – at (place, street, number):<br>à (localité, rue, numéro) : | TMF (BVI) Ltd., Palm Grove House, P.O. Box 438, Road Town, Tortola, BVI |

– in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ b) in accordance with the following particular method*:
*selon la forme particulière suivante* :*

☐ c) by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person:<br>Identité et qualité de la personne : | Desiree Mercer, Manager |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | TMF (BVI) Ltd., Registered Agent for Lembex Global Investments Ltd. |

☐ 2. that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants**:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

**Annexes** / *Annexes*

| Documents returned:<br>Pièces renvoyées : | Cert Vol. 130/6490<br>Documents requested to be served |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / *s'il y a lieu*

| Done at / Fait à Registrar's Office, Road Town, Tortola, BVI,<br><br>The / le 2nd December, 2020 | Signature and/or stamp<br>Signature et / ou cachet<br> |
|---|---|